AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| Nchewi Akpoke and D.C., a minor,<br><br>*Plaintiff(s)*<br>v.<br>City of New York, NYPD Officer Robert Hesterhagen, and John/Jane Doe Police Officer,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.  15-cv-6960 ILG-CLP<br>)<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

    City of New York
    100 Church Street
    New York, NY 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Ryan Lozar
    305 Broadway, 9th Floor
    New York, NY 10007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                      **DOUGLAS C. PALMER**
                                                      *CLERK OF COURT*

Date:   12/9/2015                                      s/Kimberly Davis

                                                                    *Signature of Clerk or Deputy Clerk*

