UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NCHEWI AKPOKE, et al.,

        Plaintiffs,          **O R D E R**

                                                15 CV 6960 (ILG)

  - AGAINST -

CITY OF NEW YORK, et al.,

        Defendants.
------------------------------------------------------------X

An initial conference has been scheduled in the above-captioned case on **MARCH 22, 2016** at **12:00 PM,** before the Honorable Cheryl L. Pollak, United States Magistrate Judge, in Room 1230, at 225 Cadman Plaza East, Brooklyn, New York.

**All counsel must be present.** <u>**Plaintiff's counsel is requested to confirm with defendant's counsel that all necessary participants are aware of this conference**</u>**.**

In the event an answer has not yet been filed at the time this Order is received, plaintiff's counsel is to notify counsel for the defendant of this conference as soon as an answer is filed. Plaintiff's counsel is to notify the undersigned, <u>in writing</u>, at least two days before the scheduled conference if an answer still has not been filed. No request for adjournment will be considered unless made **in writing** at least forty-eight (48) hours before the scheduled conference.

**THE PARTIES ARE REMINDED OF THE REQUIREMENTS OF THE AMENDMENTS TO RULE 26 Fed. R. Civ. P. IT IS EXPECTED THAT THE MEETING REQUIRED BY THIS RULE WILL BE HELD AT LEAST 14 DAYS BEFORE THE CONFERENCE, AND THAT ALL MANDATORY DISCLOSURES WILL BE MADE.**

**Parties are required to participate in Electronic Case Filing (ECF). ECF enables**

both the court and litigants to file all case documents electronically, including pleadings, motions, correspondence and orders. ECF is a straightforward system which is easily understood. A user's manual is available through the Clerk's Office, or at our website at http://www.nyed.uscourts.gov. If needed, free training can be arranged for attorneys and their staff at either Eastern District courthouse. All counsel of record will receive notice by e-mail every time a document is filed in this case via ECF.

All counsel of record who have not yet registered for ECF must do so within two weeks. If there are other attorneys in the firm who will be working on this case, such attorneys should promptly file a notice of appearance and register for ECF.

The Clerk is directed to send copies of this Order to the parties either electronically through the Electronic Case Filing (ECF) system or by mail.

SO ORDERED.

Dated: Brooklyn, New York
       January 6, 2016

/S/  Cheryl L. Pollak
Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York

**INITIAL CONFERENCE QUESTIONNAIRE**

1. Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made: ___

2. If additional interrogatories beyond the 25 permitted under the federal rules are needed, the maximum number of:   plaintiff(s) ___ and defendant(s) ___

3. Number of depositions by plaintiff(s) of:   parties ___   non-parties ___

4. Number of depositions by defendant(s) of: parties ___   non-parties ___

5. Date for completion of factual discovery: ___

6. Number of expert witnesses of plaintiff(s): ___ medical ___ non-medical

    Date for expert report(s): ___

7. Number of expert witnesses of defendant(s): ___ medical ___ non-medical

    Date for expert report(s): ___

8. Date for completion of expert discovery: ___

9. Time for amendment of the pleadings by plaintiff(s) ___
   or by defendant(s) ___

10. Number of proposed additional parties to be joined by plaintiff(s) ___ and by defendant(s) ___ and time for completion of joinder: ___

11. Types of contemplated dispositive motions:   plaintiff(s): ___
                                                  defendant(s): ___

12. Dates for filing contemplated dispositive motions:   plaintiff(s): ___
                                                         defendant(s): ___

13. Have counsel reached any agreements regarding electronic discovery?   If so, please describe at the initial conference.

14. Have counsel reached any agreements regarding disclosure of experts' work papers (including drafts) and communications with experts?   If so, please describe at the initial conference.

15. Will the parties *consent to trial before a magistrate judge pursuant to 28 U.S.C. §636(c)?   (Answer no if any party declines to consent without indicating which party has declined.)
    Yes ___   No ___

_____

* **The fillable consent form may be found at** http://www.nyed.uscourts.gov/General_Information/Court_Forms/court_forms.html **and may be filed electronically upon completion prior to the initial conference, or, brought to the initial conference and presented to the Court for processing.**