US MAGISTRATE JUDGE CHERYL L. POLLAK          DATE: 3/22/16

TIME SPENT: _____

DOCKET NO. 15 CW6960 _____

CASE: AKpoke v City _____

✓ INITIAL CONFERENCE          _____ OTHER/STATUS CONFERENCE
_____ DISCOVERY CONFERENCE    _____ FINAL/PRETRIAL CONFERENCE
_____ SETTLEMENT CONFERENCE   _____ TELEPHONE CONFERENCE
_____ MOTION HEARING          _____ ORAL ARGUMENT

MANDATORY DISCLOSURE:

✓ COMPLETED          _____ DATE TO BE COMPLETED BY

FOR PLAINTIFF: _____

_____

FOR DEFENDANT: _____

_____

_____ DISCOVERY TO BE COMPLETED BY_____

✓ NEXT CONFERENCE SCHEDULED FOR 5/17 at 200

_____ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY:_____          DEF. TO SERVE PL. BY:_____

RULINGS: Parties to exchange written discovery requests
by 3/25; responses 4/25
Pl to amend cmpl. if necessary
in 2 weeks
Parties to consider focused discovery