UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------- x
NCHEWI AKPOKE and D.C., a minor,

                              Plaintiffs,        **REPORT AND**
                                                      **RECOMMENDATION**
                                                        15 CV 6960 (ILG) (CLP)

       -against-

CITY OF NEW YORK, NYPD OFFICER
ROBERT HESTERHAGEN, and JOHN/JANE
DOE POLICE OFFICER,
                              Defendants.
---------------------------------------------------------- x

**POLLAK**, United States Magistrate Judge:

       On December 7, 2015, Nchewi Akpoke and D.C., a minor (collectively, "plaintiffs"), commenced this action, pursuant to 42 U.S.C. §§ 1983 and 1988, and the Fourth and Fourteenth Amendments to the U.S. Constitution, against the City of New York, NYPD Officer Robert Hesterhagen, and John/Jane Doe Police Officer (collectively, "defendants"), alleging that their constitutional rights were violated during an encounter with defendants on July 26, 2015.

       On April 1, 2016, plaintiffs requested leave to file plaintiff Akpoke's Proposed First Amended Complaint and to dismiss D.C.'s claims without prejudice. Defendants consent to plaintiffs' motion. In his letter, plaintiff's counsel explains that D.C.'s mother no longer wishes to proceed with her son's claims in this action and that there have been no communications with D.C.'s mother about the action since their initial phone call in early December 2015.

       In light of the foregoing, the Court respectfully recommends that plaintiffs' motion for leave to file plaintiff Akpoke's First Amended Complaint be granted. Further, the Court respectfully recommends that D.C.'s claims be dismissed without prejudice.

       Any objections to this Report and Recommendation must be filed with the Clerk of the

Court, with a copy to the undersigned, within fourteen (14) days of receipt of this Report. Failure to file objections within the specified time waives the right to appeal the District Court's Order. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(a), 6(e), 72; Caidor v. Onondaga Cnty., 517 F.3d 601, 604 (2d Cir. 2008).

The Clerk is directed to send copies of this Report and Recommendation to the parties either electronically through the Electronic Case Filing (ECF) system or by mail.

**SO ORDERED.**

Dated: Brooklyn, New York
April 13, 2016

/s/ Cheryl Pollak
Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York