```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
NCHEWI AKPOKE and D.C., a minor,

                    Plaintiffs,                    ORDER
                                                   15 CV 6960 (ILG)
    -against-

CITY OF NEW YORK, NYPD OFFICER
ROBERT HESTERHAGEN and JOHN/JANE
DOE POLICE OFFICER,

                    Defendants.
----------------------------------------------------------x
GLASSER, United States District Judge:
```

A Report and Recommendation of Magistrate Judge Pollak, dated April 13, 2016, recommended that the Court grant plaintiff Akpoke's motion for leave to file a First Amended Complaint, and that plaintiff D.C.'s claims be dismissed without prejudice. Any objections were to be made within 14 days of receipt of the Report, and failure to do so would waive the right to appeal. As of this date, no objection has been filed.

The Report and Recommendation, which thoroughly reviewed the facts is, after due consideration, hereby adopted in its entirety and plaintiff Akpoke's motion for leave to file a First Amended Complaint is granted, and plaintiff D.C.'s claims are dismissed without prejudice.

SO ORDERED.

Dated:    Brooklyn, New York
          May 5, 2016

                                                   /s/
                                          I. Leo Glasser