US MAGISTRATE JUDGE CHERYL L. POLLAK　　　DATE: 5/17/16

TIME SPENT: _____

DOCKET NO. 15 CV 6960

CASE: Akpoke v City

\_\_\_\_\_ INITIAL CONFERENCE  　　\_\_\_\_\_ OTHER/STATUS CONFERENCE
\_\_\_\_\_ DISCOVERY CONFERENCE 　\_\_\_\_\_ FINAL/PRETRIAL CONFERENCE
\_\_\_\_\_ SETTLEMENT CONFERENCE 　\_\_\_\_\_ TELEPHONE CONFERENCE
\_\_\_\_\_ MOTION HEARING 　　　　\_\_\_\_\_ ORAL ARGUMENT

MANDATORY DISCLOSURE:

\_\_\_\_\_ COMPLETED　　　　\_\_\_\_\_ DATE TO BE COMPLETED BY

FOR PLAINTIFF: _____

FOR DEFENDANT: _____

\_\_\_\_\_ DISCOVERY TO BE COMPLETED BY _____

\_\_\_\_\_ NEXT CONFERENCE SCHEDULED FOR _____

\_\_\_\_\_ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____　　DEF. TO SERVE PL. BY: _____

RULINGS: Parties to meet and confer on deficiencies; produce supplemental responses; produce IAB/disciplinary records in 45 days.
Pl to serve additional officers, answers due 3 weeks after last officer is served
Pl to get state court record
Depositions to begin in July
Conference 8/18 at 1000