US MAGISTRATE JUDGE CHERYL L. POLLAK

DATE: 3/13/17

TIME SPENT: _____

DOCKET NO. 15 CV 6960

CASE: Akpoke v City

_____ INITIAL CONFERENCE        _____ OTHER/STATUS CONFERENCE
_____ DISCOVERY CONFERENCE      _____ FINAL/PRETRIAL CONFERENCE
_____ SETTLEMENT CONFERENCE     _____ TELEPHONE CONFERENCE
_____ MOTION HEARING            _____ ORAL ARGUMENT

**MANDATORY DISCLOSURE:**

_____ COMPLETED          _____ DATE TO BE COMPLETED BY

**FOR PLAINTIFF:** _____

**FOR DEFENDANT:** _____

_____ DISCOVERY TO BE COMPLETED BY _____

_____ NEXT CONFERENCE SCHEDULED FOR _____

_____ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____        DEF. TO SERVE PL. BY: _____

RULINGS: Parties to stip to email from pl's counsel with electronic info as an email from him
Deposition of Diaco only – by 4/14
Pls 3 expert reports (medical, forensic re photo and knife expert) by 4/14
Conference 4/25 at 300