

**ZACHARY W. CARTER**
*Corporation Counsel*

**THE CITY OF NEW YORK**
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**LUCIENNE PIERRE**
*Senior Counsel*
Phone: (212) 356-2415
Fax: (212) 356-3509
lpierre@law.nyc.gov

February 15, 2019

**VIA ECF**
Honorable Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    <u>Nchewi Akpoke v. City of New York, et al.</u>,
            15 CV6960 (ILG)(CLP)

Your Honor:

    I am a Senior Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, representing defendants City of New York ("City"), Officer Robert Hesterhagan, Sergeant Michael Dicecco, and Officer Daniel Golat in the above-referenced action. Yesterday, the Court scheduled a status conference to take place in this matter on March 8, 2019 at 3 pm. The undersigned has a planned vacation scheduled for the first two weeks of March, and respectfully requests that the Court reschedule the status conference to take place the week of March 18, 2019. Plaintiff's counsel consents to this request, which is the first request for adjournment of the status conference. After conferring with plaintiff's counsel regarding his availability, the undersigned suggests the following alternative dates: March 18, 2019, March 19, 2019, or March 21, 2019. Thank you for your consideration herein.

                                            Respectfully submitted,

                                            /s/
                                          Lucienne Pierre
                                          *Senior Counsel*

cc:    Ryan Lozar, Esq. (via ECF)