The Law Office of Ryan Lozar, P.C.
305 Broadway, 14th Floor, New York, NY 10007
Tel: (310) 867-1562; Fax (877) 666-4456
ryanlozar@gmail.com



APRIL 22, 2019

Re:    Akpoke v. City of N.Y., et al., No. 15 Civ. 6960 (ILG) (CLP)

Dear Judge Pollak:

I represent Plaintiff Nchewi Akpoke in the above-captioned Section 1983 police misconduct litigation.

I write to request, with Defendants' consent, that Your Honor enlarge the recently-set JPTO schedule it set by five days. Docket Entry 3/22/2019. Previously, the Court directed Plaintiff to serve his JPTO draft upon Defendants by 4/22/2019; Defendant to serve their responsive draft by 5/24/2019; and the Parties to file the final JPTO by 6/14/2019. Id.

If the Court were to grant Plaintiff's instant consent motion to enlarge the JPTO schedule, these dates would become as follows:

- Plaintiff's JPTO draft served by April 26, 2019
- Defendants' responsive JPTO draft served by May 29, 2019
- Parties' final JPTO filed by June 21, 2019

The reason for the request is your undersigned's recent, unexpected need to travel to Pennsylvania for family medical appointments. This in turn complicated my schedule and ability to meet the first deadline in the Court's Order.

Sincerely,

Ryan Lozar

Ryan Lozar
Attorney for Plaintiff Nchewi Akpoke